1156

No. 98–7285.  VERSER v. NELSON.  C. A. 7th Cir.  Certiorari denied.

No. 98–7286.  BRICE v. VIRGINIA BEACH CORRECTIONAL CENTER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7287.  BAKER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98–7288.  ALEXANDER v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7292.  PATTERSON v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  Ct. App. Mich.  Certiorari denied.

No. 98–7294.  SIMMS v. SIZER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 98–7296.  SMITH v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–7298.  SMITH v. BARRY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7300.  SELLERS v. SANDERS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7301.  PEETE v. STEGALL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–7302.  RIOS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 98–7303.  SANTOS v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 98–7304.  POOLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7308.  WILLIAMS v. USX CORP.  C. A. 3d Cir.  Certiorari denied.

No. 98–7309.  WILLIAMS v. COURT OF CRIMINAL APPEALS OF TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.